**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **DRAMESE FAIR** | : | |
| | : | **CASE NO.** |
| **Plaintiff** | : | |
| **v.** | : | **3:19-cv-00148 (WIG)** |
| | : | |
| | : | |
| **OFFICER JONATHAN LAMBE, ET AL.** | : | |
| | : | **AUGUST 5, 2020** |
| **Defendants** | : | |

**JOINT PRE-TRIAL MEMORANDUM**

**1. TRIAL COUNSEL:**

**For the Plaintiff:**

Joseph M. Merly, Esq.
John R. Williams and Associates, LLC
51 Elm Street, Suite 409
Telephone #: 203-562-9931
Fax #: 203-776-9494
E-Mail: JMerly@johnrwilliams.com

**For the Defendants:**

Michael A. Wolak, III
Senior Assistant Corporation Counsel
City of New Haven
Office of the Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510
Telephone #: 203-946-7970
Cell #: 203-376-4364
Fax #: 203-946-7942
E-mail: mwolak@newhavenct.gov

**2. JURISDICTION:**

The basis for the court's subject matter jurisdiction is Sections 1331, 1343(3) and 1367(a) of Title 28 and Sections 1983 and 1988 of Title 42 of the United States Code.

**3. NON-JURY:**

This is a non-jury case.

**4. LENGTH OF TRIAL:**

The Court has set aside two (2) days for the trial of this matter.

**5. FURTHER PROCEEDINGS:**

No further proceedings are anticipated.

**6. NATURE OF CASE:**

Plaintiff is alleging the following causes of action: arrest without probable cause, malicious prosecution and being subjected to unreasonable force, all in violation of his rights under the Fourth Amendment to the United States Constitution. Additionally, the plaintiff is alleging a failure to intervene to prevent the violation of his afore-mentioned constitutional rights. Plaintiff is seeking compensatory damages, punitive damages, attorney fees and costs.

(a) Plaintiff DraMese Fair has brought claims of arrest without probable cause, malicious prosecution, being subjected to unreasonable force and a failure to intervene to prevent constitutional violations against Defendants Jonathan Lambe, Edward K. Dunford, James Evarts and Douglas Pearse.

(b) All claims are being pursued at trial.

(c) Defendants Jonathan Lambe, Edward K. Dunford, James Evarts and Douglas Pearse will be pursuing the defense of qualified immunity against all claims being brought against them by Plaintiff DraMese Fair.

**7. <u>LIST OF WITNESSES</u>:**

**Plaintiff:**

**Witness who definitely will be called:**

**1.** DraMese Fair, New Haven, Connecticut. Mr. Fair will testify as to the events of July 8, 2017, including his activities prior to and after his arrival at the New Haven Green; his interaction with New Haven police officers, including the defendants; and his injuries, treatment and damages.

**Witness who might be called:**

**1.** Barbara Fair, West Haven, Connecticut. Ms. Fair will testify regarding her observations of what was taking place on the New Haven Green on July 8, 2017, including her observations of the interactions of DraMese Fair with New Haven police officers.

**Defendant:**

**Witnesses who definitely will be called:**

1. Jonathan Lambe, One Union Avenue, New Haven, CT 06519. Officer Lambe will testify as to his background, education, and training as a police officer, police procedures, and his knowledge of, his observations, and his participation in the

events involving the plaintiff that took place on July 8, 2017, at approximately 1:05 p.m. and thereafter, on the New Haven Green.

2. Edward K. Dunford, One Union Avenue, New Haven, CT 06519. Sergeant Dunford will testify as to his background, education, and training as a police officer, police procedures, and his knowledge of, his observations, and his participation in the events involving the plaintiff that took place on July 8, 2017, at approximately 1:05 p.m. and thereafter, on the New Haven Green.

3. James Evarts, One Union Avenue, New Haven, CT 06519. Sergeant Evarts will testify as to his background, education, and training as a police officer, police procedures, and his knowledge of, his observations, and his participation in the events involving the plaintiff that took place on July 8, 2017, at approximately 1:05 p.m. and thereafter, on the New Haven Green.

4. Douglas Pearse, One Union Avenue, New Haven, CT 06519. Officer Pearse will testify as to his background, education, and training as a police officer, police procedures, and his knowledge of, his observations, and his participation in the events involving the plaintiff that took place on July 8, 2017, at approximately 1:05 p.m. and thereafter, on the New Haven Green.

**Witnesses who might be called:**

5. Roger Kergaravat, One Union Avenue, New Haven, CT 06519. Detective Kergaravat would testify as to his background, education, and training as a police officer, police procedures, and his knowledge of, his observations, and his participation

in the events involving the plaintiff that took place on July 8, 2017, at approximately 1:05 p.m. and thereafter, on the New Haven Green.

6. Milton Jackson, One Union Avenue, New Haven, CT 06519. Sergeant Jackson would testify as to his background, education, and training as a police officer, police procedures, and his knowledge of, his observations, and his participation in the events that were taking place on the New Haven Green during the afternoon of July 8, 2017.

7. Rose Dell, or designee, 1 Union Avenue, New Haven, CT 06519. Lieutenant Dell would testify as to her education and training as a police officer, and record keeping procedures for te New Haven Department of Police Service, and will testify, if necessary, regarding authentication of records and recordings of the New Haven Department of Police Service, that are relevant to the events that took place on the New Haven Green on July 8, 2017, and those events involving the plaintiff.

**8. <u>DEPOSITION TESTIMONY</u>:**

None.

**9. <u>INTERROGATORIES/REQUESTS TO ADMIT</u>:**

Not Applicable.

10. **<u>EXHIBITS</u>:**

**Plaintiff:**

Plaintiff's Exhibit 1: Yale New Haven Hospital record for treatment received by Plaintiff DraMese Fair on July 8, 2017.

Plaintiff's Exhibit 2: Yale New Haven Hospital bill for treatment received by Plaintiff DraMese Fair on July 8, 2017.

Plaintiff's Exhibit 3: Videos of the relevant events that took place on the New Haven Green and the surrounding area on July 8, 2017.

**Defendant:**

Defendants' Exhibit 1: Diagram of the New Haven Green and surrounding area.

Defendants' Exhibit 2: Videos of the relevant events that took place on the New Haven Green and the surrounding area on July 8, 2017.

Defendants' Exhibit 3: Radio calls received or sent out by the New Haven Department of Police Service relevant to this incident.

**11. ANTICIPATED EVIDENTIARY PROBLEMS:**

None.

**12. MOTIONS IN LIMINE/DAUBERT MOTIONS:**

None at the present time.

**13. GLOSSARY:**

None.

**14. TRIAL TO COURT:**

**Stipulation of uncontroverted facts:**

(a) At all relevant times Defendants Jonathan Lambe, Edward K. Dunford, James Evarts and Douglas Pearse were a police officers employed by the New

Haven Department of Police Service and were acting within the scope of his employment.

(b) At all relevant times Defendants Jonathan Lambe, Edward K. Dunford, James Evarts and Douglas Pearse were acting under color of law.

(c) On Saturday, July 8, 2017, Plaintiff DraMese Fair drove from his residence located at 309 Howard Avenue to the New Haven Green.

(d) Plaintiff DraMese Fair's trip to the New Haven Green on Saturday, July 8, 2017, came about because he had learned one or two days earlier on social media that the "KKK" was holding a rally downtown.

(e) When Plaintiff DraMese Fair arrived at the New Haven Green on Saturday, July 8, 2017, he had in his possession a mask that covered his entire face.

(f) Plaintiff DraMese Fair, on Saturday, July 8, 2017, between the time of his arrival at the New Haven Green and prior to his interaction with New Haven police officers, covered his face with the mask he had brought with him.

(g) At the time Plaintiff DraMese Fair was taken into custody by New Haven police officers he was not wearing a mask.

(h) On July 8, 2017, Plaintiff DraMese Fair was issued a misdemeanor summons and charged with disorderly conduct, in violation of Conn. Gen. Stat., § 53a-182 and interfering with an officer, in violation of Conn. Gen. Stat., § 53a-167a.

(i) Plaintiff DraMese Fair, during the course of his interaction with New Haven police officers on the New Haven Green on July 8, 2017, was sprayed with pepper spray.

(j) Plaintiff Dramese Fair, on July 8, 2017, was transported to Yale New Haven Hospital by AMR.

**Agreed statement of the contested issues of fact and law:**

(a) Did the actions of Defendant Lambe or Defendant Dunford or Defendant Evarts or Defendant Pearse constitute, as a matter of law, a deprivation of plaintiff's right to be free from arrest without probable cause under the Fourth Amendment to the United States Constitution?

(b) Did the actions of Defendant Lambe or Defendant Dunford or Defendant Evarts or Defendant Pearse constitute, as a matter of law, a deprivation of plaintiff's right to be free from malicious prosecution under the Fourth Amendment to the United States Constitution?

(c) Did the actions of Defendant Lambe or Defendant Dunford or Defendant Evarts or Defendant Pearse constitute, as a matter of law, a deprivation of plaintiff's right to be free from unreasonable force under the Fourth Amendment to the United States Constitution?

(d) Did the actions of Defendant Lambe or Defendant Dunford or Defendant Evarts or Defendant Pearse constitute, as a matter of law, a failure to intervene

to prevent the plaintiff from being subjected to a violation of his constitutional rights under the Fourth Amendment to the United States Constitution?

(e) Did Plaintiff DraMese Fair disobey lawful verbal commands of identifiable police officers?

(f) Did Plaintiff DraMese Fair physically resist attempts to place him into handcuffs by identifiable police officers?

(g) Were the actions of Defendants Lambe, Dunford, Evarts and Pearse towards the plaintiff permitted under Conn. Gen. Stat., § 53a-22(b) which provides that a police office is justified in using physical force upon another person when and to the extent that he/she reasonably believes such to be necessary to affect an arrest or to defend himself/herself while affecting or attempting to affect an arrest.

(h) Assuming the existence of a federal constitutional violation or violations, are Defendants Lambe, Dunford, Evarts and/or Pearse entitled to qualified immunity?

Respectfully submitted,

THE PLAINTIFF,
DRAMESE FAIR

/s/:____Joseph M. Merly________________
Joseph M. Merly, Esq.
Federal Bar No. ct21266
51 Elm Street
New Haven, CT 06510
Tel #: (203) 562-9931
Fax #: (203) 776-9494
E-mail: JMerly@johnrwilliams.com
His Attorney

THE DEFENDANTS,
OFFICER JONATHAN LAMBE,
OFFICER E. K. DUNFORD,
SERGEANT EVARTS AND
OFFICER D. PEARSE

/s/:_____*Michael A. Wolak, III*__________
Michael A. Wolak, III, Esq.
Federal Bar No. ct12681
Assistant Corporation Counsel
165 Church Street
New Haven, CT 06510
Tel #: (203) 946-7970
Cell #: (203) 376-4364
Fax #: (203) 946-7942
E-mail: mwolak@newhavenct.net
Their Attorney

**CERTIFICATION**

I hereby certify that on August 5, 2020, the Joint Pre-Trial Memorandum was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to any one unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_/s/__*Michael A. Wolak, III*__________

Michael A. Wolak, III